IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Rodney Harper

      Plaintiff,

v.                            Case No. 18CV01147

iEnergizer, Inc., First Contact, LLC
and Convergent Outsourcing, Inc.

      Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David M. Pelletier of Axley Brynelson, LLP has been retained by and appears on behalf of Convergent Outsourcing, Inc., in the above-captioned case and hereby requests, that all pleadings and documents hereafter be served upon the undersigned at Post Office Box 1767, Madison, WI 53701-1767 or via electronic filing.

Dated this 20th day of September, 2018.

                        AXLEY BRYNELSON, LLP

                        /s/ David M. Pelletier
                        David M. Pelletier
                        State Bar No. 1072343
                        Attorneys for Convergent Outsourcing, Inc.
                        2 East Mifflin Street, Suite 200 (53703)
                        Post Office Box 1767
                        Madison, WI 53701-1767
                        (608) 260-2495
                        dpelletier@axley.com