**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

RODNEY HARPER,

Plaintiff,

v.

iENERGIZER, INC., FIRST CONTACT, LLC,
and CONVERGENT OUTSOURCING, INC.,

Defendants.

Case No. 1:18-cv-01147-WCG

Honorable Judge William C. Griesbach

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that RODNEY HARPER ("Plaintiff"), hereby notifies the

Court that Plaintiff and FIRST CONTACT, LLC only, have settled all claims between them in

this matter and are in the process of completing the final closing documents and filing the

dismissal.

Respectfully submitted this 27th day of March, 2019.

Respectfully submitted,

*s/ Majdi Y. Hijazin*
Majdi Y. Hijazin, *Of Counsel*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone: (630) 575-8181
mhijazin@hijazinlaw.com
*Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Majdi Y. Hijazin*
Majdi Y. Hijazin
